# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 20, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143157(21)(24)(25)

IN RE REQUEST FOR ADVISORY OPINION
REGARDING CONSTITUTIONALITY OF
2011 PA 38                                          SC: 143157

_____

On order of the Chief Justice, motions by the Service Employees International Union Local 517M and the Michigan State AFL-CIO and by the Michigan Education Association for leave to file briefs *amicus curiae* are considered and they are granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 20, 2011

_____
Clerk